IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Ryan Treadwell, | ) | |
|     *Plaintiff,* | ) ) | |
|   -vs- | ) ) | No. 12 CV _____ |
| Sheriff of McHenry County and McHenry County, Illinois | ) ) ) | *(jury demand)* |
|     *Defendants.* | ) ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2. Plaintiff Ryan Treadwell is a resident of the Northern District of Illinois. Plaintiff is not currently confined in any jail or prison.

3. Defendant Sheriff of McHenry County is sued in his official capacity only.

4. Defendant McHenry County is joined in this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F.2d 947 (7th Cir. 2003). In addition, defendant McHenry County may be responsible under §1983 for the policies complained of herein.

5. Plaintiff was arrested without a warrant for a misdemeanor offense at about 11:40 p.m. on December 25, 2012. The legality of the arrest is not at issue in this lawsuit.

6. Following his arrest, plaintiff was brought to the McHenry County Jail to await his initial appearance before a judge.

7. On processing plaintiff into the jail in the early morning hours of December 26, 2012, jail personnel learned that plaintiff was taking prescription medication for a variety of serious medical needs, and that, if deprived of this medication, plaintiff was likely to experience pain, anxiety, irritability, insomnia, and sensory disturbances, as well as life threatening seizures.

8. In accordance with the official policies of defendant Sheriff, jail personnel did not refer plaintiff to a physician and did not provide plaintiff with his prescribed medication.

9. On December 26, 2012, plaintiff's father informed jail personnel of his son's serious medical needs and the importance of the medication that had been prescribed for plaintiff; jail personnel told plaintiff's father that one particular medication plaintiff had been taking was, as a matter of policy, not provided to prisoners at the jail.

10. Any policy prohibiting prisoners at the jail from receiving the particular medication that had been previously prescribed for plaintiff created an obvious danger of death or serious personal injury.

11. While confined at the Jail, plaintiff made several requests to see a physician for his serious health needs. Each request was rejected by personnel at the Jail.

12. As a result of being deprived of his prescribed medication, plaintiff experienced great pain, suffering, and physical injury, which has continued following plaintiff's release from the jail on December 28, 2012.

13. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered against defendants in an amount in excess of one hundred thousand dollars and that the costs of this action, including reasonable attorneys' fees, be taxed against defendants.

> /s/ Kenneth N. Flaxman
> KENNETH N. FLAXMAN
> ARDC No. 830399
> 200 S Michigan Ave Ste 1240
> Chicago, IL 60604-2430
> (312) 427-3200
>
> *Attorney for Plaintiff*